UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES TREVOR PALMER and<br>RUTH ANNA WANSTRATH PALMER | CIVIL ACTION |
| | NO. 11-1564 |
| VERSUS | |
| CHASE HOME FINANCE LLC, ET AL. | SECTION "N"  (1) |

**ORDER AND REASONS**

Because of the approaching trial date, **IT IS ORDERED** that the Court's January 15, 2013 Order and Reasons (Rec. Doc. 57) regarding Defendant Chase Home Finance LLC's motion seeking partial dismissal be and hereby is **AMENDED** to state that Plaintiffs' RESPA claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to amend those allegations of their petition no later than Friday, January 25, 2013, at 12:00 p.m. Any such submission shall be made in the form of an amending and superseding complaint that includes the allegations in Plaintiffs' petition upon which they still rely, as well as their additional allegations regarding RESPA.  If Plaintiffs cannot, or do not, cure these deficiencies by timely amendment, the Court shall, upon motion by Defendant, order its dismissal of Plaintiffs' RESPA claims to be with prejudice. Additionally, if Plaintiffs determine, prior to the January 25th deadline, that they do not intend to pursue their RESPA claims any further, Plaintiffs' counsel is to promptly so advise the Court and defense counsel.

In all other respects, the Court's January 15, 2013 Order and Reasons (Rec. Doc. 57) remains the same.

Lastly, the parties are urged to consider whether, at this juncture of the proceedings, an additional settlement conference with the assigned magistrate judge might be beneficial. If so, counsel should promptly contact Magistrate Judge Shushan's chambers to inquire regarding her availability.

New Orleans, Louisiana, this 16th day of January 2013.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**

Magistrate Judge Sally Shushan